## WILCOX v. CHIZUM.

**Appeal**: LESS THAN $100 : NO CERTIFICATE : DISMISSED.

*Appeal from Cass District Court.*—HON. C. F. LOOFBOUROW, Judge.

FILED, JUNE 6, 1889.

ACTION to enjoin the collection of certain taxes. There was a judgment for the defendant, and the plaintiff appeals.

*R. G. Phelps*, for appellant.

*John W. Scott*, for appellee.

GRANGER; J.—The pleadings in this case show the amount in controversy to be less than one hundred dollars, and there is no certificate of the trial judge, as provided in section 3173 of the Code. Without such certificate we have no jurisdiction. The appeal is

DISMISSED.